People v McBryde (2025 NY Slip Op 06292)

People v McBryde

2025 NY Slip Op 06292

Decided on November 18, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 18, 2025

Before: Kern, J.P., Scarpulla, Friedman, O'Neill Levy, Chan, JJ. 

Ind. No. 72898/22|Appeal No. 5199|Case No. 2023-06305|

[*1]The People of the State of New York, Respondent,
v
Shariff McBryde, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Leanna J. Duncan of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Noah J. Chamoy of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Josephy McCormack, J., at plea; Jeffrey Rosenblueth, J., at sentencing), rendered October 11, 2023, convicting defendant of attempted murder in the second degree, and sentencing him, as a juvenile offender, to a term of 1 to 3 years, unanimously affirmed.
Defendant's valid waiver of the right to appeal "foreclose[s] his challenge to the denial of youthful offender treatment" (People v Espinal, 237 AD3d 623, 623 [1st Dept 2025], lv denied 43 NY3d 1055 [2025]). We decline to reach defendant's claim in the interest of justice. As an alternative holding, we find that the sentencing court providently exercised its discretion in denying defendant youthful offender treatment, particularly given the seriousness of the underlying act.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: November 18, 2025